## Exhibit A to the Amended Complaint

**Location:** San Francisco, CA  **IP Address:** 76.102.23.28
**Total Works Infringed:** 20  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9FABAA8032C69E202ECED8FF3198AF7BAC0EB395 | Blacked | 10/07/2017 23:56:16 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 2 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/24/2017 17:48:34 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 3 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/28/2017 02:22:04 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 4 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Ra | 11/09/2017 01:24:17 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 5 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/01/2017 00:03:11 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 6 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 05/31/2017 03:56:45 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 7 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 09/05/2017 19:38:36 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 8 | 49AC32A35FDA73ED25DC180D6DB00F409402501B | Tushy | 11/09/2017 01:45:26 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 9 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Ra | 11/04/2017 00:38:05 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 10 | 77337BB26D7D606C86060A2280456417AF4986E2 | Vixen | 11/01/2017 02:08:10 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 11 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/22/2017 05:36:07 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 12 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 06/29/2017 07:20:34 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 13 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Ra | 11/14/2017 01:37:36 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 14 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/19/2017 00:45:18 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 15 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/19/2017 02:05:09 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 16 | A0ACD3E184A10BCE7493C1221C4462C6C614D827 | Tushy | 09/10/2017 00:17:27 | 09/08/2017 | 09/20/2017 | PA0002052841 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | A577CA471B6B0200E68B0016523C5EF8A0C7C2E5 | Vixen | 10/28/2017 01:20:12 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 18 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/06/2017 00:18:08 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 19 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/18/2017 05:53:02 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 20 | D05145D6CAA55168052E0D998AC6E235807F8E53 | Blacked Ra | 10/25/2017 00:22:22 | 10/24/2017 | 11/15/2017 | 16016503680 |